Adeline B. BENJAMIN, Petitioner,

v.

**DEPARTMENT OF AGRICULTURE,
Respondent.**

No. 2007–3330.

United States Court of Appeals,
Federal Circuit.

Oct. 8, 2008.

Rehearing and Rehearing En Banc
Denied Dec. 15, 2008.

Richard J. Link, Jr., Karpel & Link, of Silver Spring, Maryland, argued for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief was Alan B. Robinson, Branch Chief, Employee Relations Branch, United States Department of Agriculture, of Beltsville, Maryland.

RADER, SCHALL, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.